HELEN QUIGLEY, Respondent, v. PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and for dismissal of the complaint upon the ground that there is no testimony authorizing a finding that defendant's employee, Lloyd, was legally using the truck with the consent, express or implied, of the defendant. (*Fluegel* v. *Coudert*, 244 N. Y. 393.) Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of ELLEN CALLIHAN, Deceased.— Decree and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER DREJZA, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDNA SORGUES, Respondent, v. CLIFFORD W. SORGUES, Appellant.— Judgment so far as appealed from and two orders affirmed, with costs. All concur, except Hubbs, P. J., and Sears, J., who dissent and vote for reversal on the facts. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN R. WOLFE, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

DONALD R. WOLFE, an Infant, by JOHN R. WOLFE, His Guardian ad Litem, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GERALD L. WOLFE, an Infant, by JOHN R. WOLFE, His Guardian ad Litem, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HAROLD W. WOLFE, an Infant, by JOHN R. WOLFE, His Guardian ad Litem, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

NORMA JANE WOLFE, an Infant, by JOHN R. WOLFE, Her Guardian ad Litem, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HOWARD O. CROOKER, Respondent, v. GOOLD BROTHERS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

IRENE CROOKER, Respondent, v. GOOLD BROTHERS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

SEVERN A. ANDERSON, Appellant, v. EDWARD P. SMITH, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.